**CLARK LAW OFFICES**
3700 N. 24ᵗʰ Street, Ste. 120
Phoenix, Arizona 85016
Telephone: 602.956.3328
Fax: 602.956.1167

Mari Jo Clark
State Bar #022842

Attorneys for Debtor

## IN THE UNITED STATE BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

Tim and Kathy Hoffman,


                    Debtors

Case No.: 2:09-bk-19620-RJH
In Proceedings under Chapter 13


**MOTION TO AUTHORIZE**

**NEGOTIATION OF A LOAN**

**MODIFICATION**


DEBTORS, Tim and Kathy Hoffman, by and through counsel, undersigned, hereby move the Court to approve the negotiation of their loan with Citi Mortgage for their real property located at 2816 E Jasmine St. Mesa AZ. The Debtors ask that they be allowed to discuss with Citi Mortgage possible avenues of loss mitigation and pursue a modification of their mortgage loan. The Debtors feel that a loan modification would be in their best interest.


SIGNED this date: 5ᵗʰ day of February, 2010


/s/ MJC
Mari Jo Clark, Esq.

-1-

# CERTIFICATE OF MAILING

I, Mari Jo Clark, hereby certify that copies of this notice were mailed on this, 3rd day of February, 2010 to all interested parties as set forth herein below.

SIGNED this date: 5th day of February, 2010

/s/MJC
_____
Mari Jo Clark, Esq.

**U.S. Trustee**

Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, Arizona 85003

**Trustee**

Russell A. Brown
Russell A. Brown, Trustee
3838 N. Central Ave. suite 800
Phoenix, AZ 85012

**Debtors**

Tim and Kathy Hoffman
2816 E. Jasmine Street
Mesa, AZ 85213

**MORTGAGE LENDER**

Citi Mortgage
PO BOX 140609
IRVING, TX 75019-0609