| | |
|---|---|
| 1 | Russell Brown<br>CHAPTER 13 TRUSTEE |
| 2 | Suite 800<br>3838 North Central Avenue |
| 3 | Phoenix, Arizona 85012-1965<br>602.277.8996 |
| 4 | Fax 602.253.8346 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 13 |
|---|---|
| TIMOTHY L. HOFFMAN, | Case No. 2-09-BK-19620 PHX RJH |
| and | **TRUSTEE'S RECOMMENDATION ON THE AMENDED PLAN** |
| KATHY A. HOFFMAN, | (No hearing) |
| Debtors. | |

The Trustee has reviewed the Amended Plan, filed November 23, 2010. Subject to the resolution of the following issues, the Amended Plan will meet Code requirements and the Trustee will recommend confirmation:

1. The Trustee requires copies of the debtors' 2010 federal and state income tax returns, to include all schedules, statements and w-2 forms.

2. The August, September and October Business Operating Statements must be filed with the Court not later than November 22, 2011.

3. Other requirements:

(a) Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee. Also, When counsel provides a proposed order confirming plan to the Trustee, counsel must file or create a notice on the Court docket. L.R.B.P. 2084-13(b).

(b) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(c) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(d) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

(e) To expedite the order review process, counsel must use the recommended form for the order confirming plan found at http://www.maney13trustee.com/mcforms2.htm.

(f) The order confirming plan **must** be accompanied by a cover letter that goes over the Trustee's Recommendation items by each paragraph. If counsel fails to use the order form and provide such letter, the Trustee will reject the proposed order outright and the time to comply with the Recommendation is not extended.

(G) Any order confirming plan to provide that the Debtors will give the Trustee a copy of the 2009 - 2011 federal and state income tax returns, including all attachments, forms, schedules and statements, within fifteen days of filing them.

**Plan payment status**: The Debtors' interim payments of $1,305.00 each are current through due date October 13, 2011. Subsequent payments are due each following month. The Trustee reminds the Debtors that they may access case information from the Trustee's office, such as plan payments received, by going to www.13datacenter.com. Then, under the Debtor section, click 'Click Here to get started' and follow the instructions. Also, a debtor may get email notification of docket events by filling out the Bankruptcy Court's Debtor Email Registration Form. The form is available on the Court's website at www.azb.uscourts.gov and then going to Forms and Publications.

SUMMARY

**Pursuant to Local Rule 2084-10, paragraph E.(2), the Debtors must provide the following by November 22, 2011 or the Trustee will lodge an order dismissing the case:**

(a)   All information and documents as requested in Items #1 and #2 above; and

(b)   Pay to the Trustee the sum of $1,305.00.

| | |
|---|---|
| 1 | **The Court may dismiss the case without further notice for the Debtors' failure to timely |
| 2 | comply with the Trustee's Recommendation.** If the Debtors meet all requirements of the |
| 3 | Recommendation and this case remains active, Debtors' counsel must submit to the Trustee for |
| 4 | review and signature, a proposed stipulated Order Confirming the Amended Plan, signed by all |
| 5 | objecting parties, which incorporates the requirements of this Recommendation, no later than |
| 6 | November 22, 2011. The Trustee considers the time for reviewing a proposed Order pursuant to |
| 7 | Rule 2084-13(c), L.R.B.P., to begin running when all Recommendation conditions are met. |

_____
Russell Brown
Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:

Timothy and Kathy Hoffman
2816 E. Jasmine Street
Mesa, AZ 85213
Debtor(s)

Mari Jo Clark
Clark Law Offices
3700 N. 24th Street, Suite 120
Phoenix, AZ 85016
Attorney for Debtor(s)

_____
*cherylturner@ch13bk.com*

- 3 -